**IT IS ORDERED as set forth below:**

Date: **March 24, 2011**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO 10-98869-JRS |
| | : |
| **MENDY BLACK WHITE** | : |
| **JAMES HARRY WHITE, JR.** | : CHAPTER 7 |
|     Debtors | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **U.S. BANK, N.A., ITS SUCCESSORS** | : |
| **AND/OR ASSIGNS,** | : |
|     Movant, | : |
| | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| **MENDY BLACK WHITE** | : |
| **JAMES HARRY WHITE, JR.** | : |
| **JASON L. PETTIE, Trustee** | : |
|     Respondents. | : |
| | : |

**ORDER MODIFYING AUTOMATIC STAY**

U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") February 25, 2011, which was set for hearing **March 22, 2011** (the "Hearing").  Movant seeks relief as to Debtors` real property located in Cherokee County, Georgia, now or formerly known as 406

Hunters Court, Ball Ground, GA 30107 (the "Property"), as more particularly described on Exhibit "A" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed. Neither Debtors nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful debt and the expenses of sale incurred by Movant (if allowed by law and the Note) shall be promptly remitted to the Chapter 7 Trustee. Movant may also, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loss mitigation agreement. Entry of this Order, however, does not absolve the Debtors of any Court required duty to file all necessary pleadings, modifications, and amendments regarding any possible loss mitigation agreement. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/Molly Sutter
Molly Sutter
Attorney for Movant
GA State Bar No. 120309
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 400
Norcross, GA 30092
(888) 890-5309
msutter@rubinlublin.com

DISTRIBUTION LIST

Mendy Black White
406 Hunters Court
Ball Ground, GA 30107

James Harry White, Jr.
406 Hunters Court
Ball Ground, GA 30107

E. L. Clark, Esq.
Clark & Washington, P.C.
3300 Northeast Expressway, Building 3, Suite A
Atlanta, GA 30341

Jason L. Pettie, Trustee
150 E. Ponce de Leon Avenue
One Decatur Town Center, Suite 150
Decatur, GA 30030

United States Trustee - Atlanta
362 Richard Russell Building
Office of the US Trustee
75 Spring Street, SW, Suite 362
Atlanta, GA 30303

Molly Sutter, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court, Suite 400
Norcross, GA 30092